UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAURITZEN BULKERS A/S

    Plaintiff,

-against-

JIT INTERNATIONAL CORPORATION LIMITED, and PALMAILLE HOLDINGS LTD

    Defendants.

13 Civ. 5300 (SDW)

**ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AND GARNISHMENT**

    **UPON** reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the declaration and memorandum submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

    **NOW**, upon motion of Plaintiff, it is hereby

    **ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of US$20,000,000.00 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, owed to, being held for or on behalf or otherwise for the benefit of JIT International Corporation Limited or Palmaille Holdings Ltd ("JIT" and "Palmaille", collectively "Defendants") by any garnishee

within this district, including, *inter alia*, the following entities: Cargill Ocean Transportation USA, individually and/or as agent for Cargill International SA and its affiliates ("Cargill");

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including US$20,000,000.00, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by this Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and it is further deemed to be effective through the end of the next business day; provided another service is made the next business day; and it is further

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** that following initial service as described above, if any supplemental service of the Process of Maritime Attachment and Garnishment is required, if the garnishee does not consent to deem initial service continuous for a period of 60 days or does not consent to supplemental service by verifiable electronic means, then any supplemental personal service shall have continuous effect for 45 days; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action.

Dated: Newark, New Jersey
September 10, 2013

SO ORDERED

_____
U.S.D.J.